# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GIBRALTOR REALTY HOLDINGS, LLC,** Trustee of the **BFA FLORIDA LAND TRUST #28 DATED JANUARY 1, 2017,**
Appellant,

v.

**WACHOVIA MORTGAGE FSB; DENNIS CASTIGIONE;** and **CHAPEL TRAIL OWNERS ASSOCIATION, INC.,** et al,
Appellees.

No. 4D18-1831

[April 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 09-004851 CACE (11).

Jerome L. Tepps of Jerome L. Tepps, P.A., Sunrise, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C.H. Houston III of McGuireWoods LLP, Jacksonville, for appellee Wachovia Mortgage FSB.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***